UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| KAMERON HAMPTON, | Case No. 3:25-cv-00200-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MEGAN RICH, | |
| Defendant. | |

*Pro se* Plaintiff Kameron Hampton seeks to sue Megan Rich, who is apparently an employee of the Department of Motor Vehicles, because she made a complaint relating to Hampton allegedly kidnapping her that led to his arrest. (ECF No. 3 at 3-4.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla Baldwin (*id.*), recommending that Hampton's proposed case be dismissed with prejudice and his application to proceed in forma pauperis be denied as moot. To date, no objections to the R&R have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Judge Baldwin states that Hampton's incomprehensible narrative titled a complaint does not allege any claims and otherwise does not comply with Fed. R. Civ. P. 8. (ECF No. 3 at 3-4.) Judge Baldwin accordingly recommends its dismissal. (*Id.*) Having reviewed the R&R, Judge Baldwin did not clearly err.

///

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Hampton's application to proceed in forma pauperis (ECF No. 1) is denied as moot.

The Clerk of Court is directed to file the Complaint (ECF No. 1-1).

It is further ordered that Hampton's Complaint (ECF No. 1-1) is dismissed, without prejudice.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 13th Day of May 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE